IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEARLINA S. STORY Administrator of the Estate of Stanton T. Story, | ) ) ) No. 2:24-cv-00259-RJC-MPK |
| Plaintiff, | ) ) ) |
| vs. | ) Judge Robert J. Colville ) Magistrate Judge Maureen P. Kelly ) |
| S.C.I. PHOENIX MEDICAL DEPARTMENT, ANTHONY LETIZIO, M.D., SUPERINTENDENT JOSEPH TERRA, and ABDUL KHAN, M.D., | ) ) ) ) ) ) |
| Defendants. | |

**ORDER OF COURT**

Before the Court is the Honorable Maureen P. Kelly's March 14, 2024 Report and Recommendation (ECF No. 2) in which she recommends that this matter be transferred to the Eastern District of Pennsylvania. Objections to Judge Kelly's Report and Recommendation were due by April 1, 2024. No objections were filed, and the matter is now ripe for disposition.

The district court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir. 1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The district court judge may also recommit the matter to the magistrate judge with instructions.

Upon review of the March 14, 2024 Report and Recommendation as well as a review of the entire record in this matter, the Court agrees with the well-reasoned analysis set forth in Judge Kelly's Report and Recommendation. Therefore, the Court will adopt the Report and Recommendation. As such, the following order is entered:

1

   IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 2) of Judge Kelly dated March 14, 2024, is ADOPTED as the Opinion of the Court;

   IT IS FURTHER ORDERED that the Clerk of Court should immediately transfer this matter to the Eastern District of Pennsylvania.  The Clerk of Court shall mark this case CLOSED.

                BY THE COURT:

                <u>/s/Robert J. Covlille</u>
                Robert J. Colville
                United States District Judge

Dated:  July 9, 2024

cc:  The Honorable Maureen P. Kelly
   United States Magistrate Judge

   Pearlina S. Story
   1447 Foliage Street
   Wilkinsburg, PA 15221

   All counsel of record via CM/ECF